F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 28, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Calentine v. Nexus Point Strategies, LLC. et al.
Case No.: 24-cv-10051 (JMF) (HJR)

Dear Judge Furman:

    We represent Plaintiff in the above matter. We write jointly with Defendants to respectfully request that the Court extend the parties' deadline to submit the settlement agreement for approval from April 1, 2025 to April 8, 2025. This is the first request. The reason for the request is that parties continue to negotiate the text of the settlement agreement.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Taubenfeld

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

March 28, 2025